AO 91 (Rev. 11/11) Criminal Complaint

Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
SEP 8 2018
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. B-18-818-mJ |
| Julio Cesar Camacho | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 7, 2018, in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section(s) 841 & 846 | Knowingly and intentionally possess with intent to distribute approximately 1.01 kilograms of cocaine, a Schedule II controlled substance, and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute approximately 1.01 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

On September 7, 2018, Julio Cesar CAMACHO, a Mexican national, entered the United States from Mexico at the Brownsville and Matamoros International Bridge in Brownsville, Texas. CAMACHO was a passenger in a 2014 Nissan March bearing Tamaulipas license plate XKC1243. The vehicle was referred to Secondary for further inspection. A subsequent search of CAMACHO's person resulted in the discovery of one (1) bundle concealed within a girdle under CAMACHO's shirt. The bundle contained a white powdery substance which field tested positive for the characteristics of cocaine. The one (1) bundle had a total approximate weight of 1.01 kilograms.

During his interview, CAMACHO stated that he was smuggling the cocaine for monetary gain.

☐ Continued on the attached sheet.

_Eduardo Bojorquez_
Complainant's Signature

Eduardo Bojorquez    Special Agent
Printed name and title

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

September 8, 2018
Date

_Judge's signature_

Brownsville, Texas
City and State

Ignacio Torteya III    U.S. Magistrate Judge
Printed name and title